IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHELLE R. WILLIAMS**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 1:18-CV-236-KS-RHW**

**HUNTINGTON INGALLS INCORPORATED**     **DEFENDANT**

### FINAL JUDGMENT

For the reasons provided in a Memorandum Opinion and Order entered on this day, the Court enters this Final Judgment, in accordance with Rule 58, in favor of Defendant, Huntington Ingalls Inc., as to all claims asserted by Plaintiff, Michelle R. Williams. This case is **closed**.

SO ORDERED AND ADJUDGED this 3rd day of February, 2020.

                                            /s/ Keith Starrett
                                                   KEITH STARRETT
                             UNITED STATES DISTRICT JUDGE